IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA R. DAVIS, | ) |
| | ) |
| Claimant, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:13-cv-1128-KOB |
| | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Commissioner of Social Security | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM OPINION**

This matter comes before the court on the magistrate judge's report and recommendation filed January 15, 2015, recommending that the court affirm the ALJ's decision denying the claimant's applications for disability insurance benefits and supplemental security income. (R. 11). On January 29, 2015, the claimant filed objections to the magistrate judge's report, specifically quoting the magistrate judge's statements from her report to which the claimant specifically objects. (Doc. 12 at 2-3).

After carefully reviewing de novo the magistrate judge's report and recommendation, evaluating the claimant's objections to the report and recommendation, and evaluating the entire record in this case to determine if the ALJ applied the proper legal standards and whether substantial evidence supports the ALJ's decision, the court ADOPTS the magistrate judge's report and ACCEPTS her recommendation to affirm the ALJ's decision denying disability benefits.

The court OVERRULES all of the claimant's objections, as they merely re-argue the

1

same points rejected by the magistrate judge.  Although the court has to conduct a de novo review of the magistrate judge's findings, the court does not conduct a de novo review of the ALJ's findings of fact.  After reviewing the entire appeal record, the court agrees with the magistrate judge that the ALJ applied the proper legal standards regarding the application of the pain standard, the finding of the claimant's improvement as of May 17, 2010, and the RFC determination.  The court also agrees with the magistrate judge that substantial evidence supports the ALJ's decision in this case.  Thus, the court finds that his decision is due to be affirmed.

The court will enter an Order in conformity with this Memorandum Opinion.

DONE and ORDERED this 12th day of February, 2015.

_Karon O. Bowdre_
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE